

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　PLAINTIFF<br>　　　　v.<br>JAMES L. TOLBERT<br>　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>SACR11-210-CJC<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __the Defendant's Counsel__, IT IS ORDERED that a detention hearing is set for __November 1__, __2011__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Arthur Nakazato__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　*(Other custodial officer)*

Dated: __October 27, 2011__　　　　　　__/s/ Arthur Nakazato__
　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1